**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| AMY BERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF SOUTH PORTLAND, )<br>MAINE, )<br>)<br>Defendant. ) | Docket No. 06-CV-233-P-S |

**ORDER**

In the Order on Summary Judgment, the Court grants Defendant City of South Portland, Maine's Motion for Summary Judgment as to all claims. The Court notes that Plaintiff Amy Berry and Defendant City of South Portland, Maine are parties to a Consent Confidentiality Order. (Docket # 16.) Nonetheless, the Court is unable to determine from the Consent Confidentiality Order precisely what information is confidential. Therefore, the Court ORDERS that the Order on Summary Judgment shall be sealed temporarily. To the extent either party believes that any information in the Order on Summary Judgment is subject to the Consent Confidentiality Order, that party shall set forth the precise information considered confidential and brief the Court by November 28, 2007. Absent a proper submission by a party by that date, the Order on Summary Judgment shall be unsealed.

**SO ORDERED.**

/s/ George Z. Singal
Chief United States District Judge

Dated at Portland, Maine, this 19th day of November, 2007.